

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

The Mabee Ranch Royalty Partnership, L.P.; 315 MR, Inc.; 93 JM, Inc.; Rock River Minerals, LP; Primitive Petroleum, Inc.; Austen Campbell, co-executor of the Estate of William Scott Campbell; Janet Campbell, co-executor of the Estate of William Scott Campbell; Osado Properties, Ltd.; and Judith Guidera, trustee of the Morrison Oil & Gas Trust,

Vs. No. 11-23-00001-CV

Fasken Oil and Ranch, Ltd.; Fasken Land and Minerals, Ltd.; and Fasken Royalty Investments, Ltd.,

* From the 118th District Court of Martin County, Trial Court No. 7481.

* December 5, 2024

* Opinion by Williams, J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in one of the judgments below. Therefore, in accordance with this court's opinion, we reverse the trial court's Order on Summary Judgments of October 18, 2022 insofar as it denies the requests for summary judgment that were made by The Mabee Ranch Royalty Partnership, L.P., 315 MR, Inc., 93 JM, Inc., Rock River Minerals, LP, Primitive Petroleum, Inc., Austen Campbell, Co-Executor of the Estate of William Scott Campbell, Janet Campbell, Co-Executor of the Estate of William Scott Campbell, Osado Properties, Ltd., and Judith Guidera, Trustee of the Morrison Oil & Gas Trust ("Mabee") against Fasken Oil and Ranch, Ltd., Fasken Land and Minerals, Ltd., and Fasken Royalty Investments, Ltd. ("Fasken") arising

out of Fasken's claims for breach of contract, and we render a partial, take-nothing judgment on the same claims in favor of Mabee. We otherwise affirm the summary judgments rendered by the trial court on September 20, 2021 and October 18, 2022 insofar as they concern the issues that are the subject of this interlocutory appeal, and we remand this matter to the trial court for further proceedings consistent with this opinion. The costs incurred by reason of this appeal are taxed 50% against Appellants and 50% against Appellees.